# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:16-cv-01491-TCB-JSA
### Wexler v. Kennesaw Pediatrics, P.C.
### Honorable Justin S Anand

Minute Sheet for proceedings held In Chambers on 11/03/2016.

TIME COURT COMMENCED: 3:01 P.M.
TIME COURT CONCLUDED: 4:08 P.M.
TIME IN COURT: 1:07
OFFICE LOCATION: Atlanta

DEPUTY CLERK: Jeannie Lieder

ATTORNEY(S) PRESENT: Carl Sollee representing Kennesaw Pediatrics, P.C.
Shimshon Wexler representing Eve Wexler

PROCEEDING CATEGORY: Discovery Hearing(Oral Argument Hearing);

MINUTE TEXT: The parties called pursuant to a discovery dispute. Defendant moved to quash Plaintiff's subpoena of a third party witness because the scheduled deposition fell outside the discovery period. The Court denied the motion to quash and ordered that discovery be extended through 11/18/2016 for the limited purpose of allowing the recently-noticed deposition of third party witness Levine, and for no other purpose. Each side's questioning of witness Levine will be limited to 3.5 hours. All other deadlines that are to accrue from the discovery cut-off are extended accordingly.