**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **EVE WEXLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 1:16-cv-1491-TCB-JSA** |
| | ) | |
| **v.** | ) | **ORAL ARGUMENT** |
| | ) | **REQUESTED** |
| **KENNESAW PEDIATRICS, PC** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The Plaintiff requests oral argument on this motion. The undersigned certifies that he was admitted to the Georgia Bar in June of 2015 and the Northern District of Georgia shortly thereafter. I further certify that I was admitted to the New York Bar in January of 2010. Oral argument would assist the Court in deciding this motion because of the large factual record.

Respectfully submitted this 3rd day of March 2017,

By: /s/ Shimshon Wexler
GA Bar No 436163
The Law Offices of Shimshon Wexler, PC
315 W Ponce de Leon Ave Suite 250
Decautr, GA 30030
(212) 760-2400
(917) 512-6132 (FAX)
shimshonwexler@yahoo.com