# Defendant's Exhibit 1

To

Response to Plaintiff's Statement of Material Facts

Description:

Plaintiff's Response to Defendant's Interrogatiories

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# GEORGIA ATLANTA DIVISION

| | |
|---|---|
| EVE WEXLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION FILE NO.** |
| ) | 1:16-cv-01491-TCB-JSA |
| KENNESAW PEDIATRICS, P.C. ) | |
| ) | |
| Defendant ) | |
| ) | |

## DEFENDANT KENNESAW PEDIATRICS, P.C.'S FIRST AND CONTINUING INTERROGATORIES TO PLAINTIFF

## INTERROGATORIES

**Interrogatory No. 1**

Identify by full name, address, and telephone number all witnesses whom you will or may have at trial, including expert and impeachment witnesses. For each lay witness, include a description of the issues to which the witness' testimony will relate. For each expert witness, state the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and a summary of the grounds for each opinion. Answer- Dr. Wexler, Dr. Axelrod, Dr. Seth, Dr. Brugner, Dr. Long, Shimshon

Wexler and Dr. Levine.

**Interrogatory No. 2**

Identify and describe each document in your custody or control or of which you have knowledge which you contend supports your claim or claims or your defenses.

Answer- Plaintiff responds by referring to her deposition, her affidavit in the Superior Court as well as her Complaint in this action and her counterclaims in the Superior Court and all documents produced in the Superior Court case including emails as well as the depositions of Doctor Seth and Doctor Axelrod.

**Interrogatory No. 3**

Please state each and every basis in fact to support the claims in the Plaintiff's Complaint that the Defendant sexually discriminated against the Plaintiff.

Answer- Plaintiff is unsure what is meant by basis in fact but responds by referring to her deposition, her affidavit in the Superior Court as well as her Complaint in this action and her counterclaims in the Superior Court case as well as the depositions of Doctor Seth and Doctor Axelrod.

**Interrogatory No. 4**

Please state each and every basis in fact to support the contention contained in Plaintiff's Complaint that Defendant violated Title VII.

Answer- Plaintiff is unsure what is meant by basis in fact but responds by referring to her deposition, her affidavit in the Superior Court as well as her Complaint in this action and her counterclaims in the Superior Court case as well as the depositions of Doctor Seth and Doctor Axelrod.

**Interrogatory No. 5**

Please state each and every basis in fact to support the contention contained in the Plaintiff's Complaint that the Plaintiff did not breach Plaintiff's employment agreement and solicit other employees.

Answer- Plaintiff is unsure what is meant by basis in fact but responds by referring to her deposition, her affidavit in the Superior Court as well as her Complaint in this action and her counterclaims in the Superior Court case as well as the depositions of Doctor Seth and Doctor Axelrod.

**Interrogatory No. 6**

Please state each and every basis in fact to support the contention contained in the Plaintiff's Complaint that the Plaintiff did not lie about soliciting other employee when speaking with the Defendant on May 15, 2015.

Answer- Plaintiff is unsure what is meant by basis in fact but responds by

referring to her deposition, her affidavit in the Superior Court as well as her Complaint in this action and her counterclaims in the Superior Court case as well as the depositions of Doctor Seth and Doctor Axelrod.

**Interrogatory No. 7**

Please state each and every basis in fact to support the contention contained in the Plaintiff's Complaint that the Defendant made comments about the Plaintiff breast pumping.

Answer- Plaintiff is unsure what is meant by basis in fact but responds by referring to her deposition, her affidavit in the Superior Court as well as her Complaint in this action and her counterclaims in the Superior Court case.

**Interrogatory No. 8**

Please state each and every basis in fact to support the contention contained in the Plaintiff's Complaint that the Defendant was not provided adequate time to pump breast milk.

Answer- Plaintiff is unsure what is meant by basis in fact but responds by referring to her deposition, her affidavit in the Superior Court as well as her Complaint in this action and her counterclaims in the Superior Court case.

**Interrogatory No. 9**

Please state each and every basis in fact to support the contention contained in the Plaintiff's Complaint paragraph 13 that the Defendant was retaliating against

the Plaintiff because Plaintiff pumped breast milk at work.

Answer- Plaintiff is unsure what is meant by each and every basis in fact but responds that it is Plaintiff's belief that but for her filing an EEOC complaint for Defendant's discrimination against her for pumping breast milk, Defendant would not have accused Plaintiff of lying.

**Interrogatory No. 10**

Please state each and every basis in fact to support the contention contained in the Plaintiff's Complaint paragraph 67 that during the termination phone call the "Plaintiff was not given an opportunity to respond to Dr. Long's allegations that Plaintiff was trying to steal his employees and open a new practice".

Answer- Plaintiff is unsure what is meant by "basis in fact" but responds that Plaintiff's recollection of the conversation as well as the recollection of her husband are that she was not given an opportunity to respond to Dr. Long.

**Interrogatory No. 11**

With respect to paragraph 27 of your Claims, identify each instance where you allege that Dr. Long chastised and harassed you for taking breaks to pump milk.

Answer- Plaintiff refers Defendant to her Complaint and to her deposition as well as her affidavit in the Superior Court action and the counterclaims in the Superior Court action..

5

**Interrogatory No. 12**

Please produce any and all documents that Defendant may use as impeachment evidence and/or to question Plaintiff's veracity.

Answer- Objection, this request is overly broad, unduly burdensome, harassing and not reasonably calculated to lead to the discovery of admissible evidence. Based on this objection, Plaintiff will not respond to this interrogatory.

**Interrogatory No. 13**

State the names and addresses of any relatives you have in Dekalb County, Georgia.

Answer- Objection, this request is overly broad, unduly burdensome, harassing and not reasonably calculated to lead to the discovery of admissible evidence. Based on this objection, Plaintiff will not respond to this interrogatory.

**Interrogatory No. 14**

If you have ever been verbally warned, counseled, written up, reprimanded, or fired for lying, providing false or providing misleading information, state by whom, the date, and the place of said occurrence.

Answer- N/A

**Interrogatory No. 15**

If you have been a party to any action (other than this action), please describe each such action, giving the date of each such action, the court in which it

was brought, and the names of other parties to each such action.

Answer: Objection, this request is overly broad, unduly burdensome, harassing and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of this objection, Plaintiff responds in full that she has filed a TCPA case in the Eastern District of New York. She has been involved in landlord tenant litigation in Dekalb County, She sued Equifax in the Northern District of Georgia and she was sued by Kennesaw in Superior Court.

Dated: Atlanta, GA
      October 6, 2016

                                          /s/

                                          Shimshon Wexler,
                                        Georgia Bar No. 436163
                                        315 W Ponce de Leon Ave Ste 250
                                        Decatur, GA 30030
                                        212-760-2400
                                        917-512-6132 (fax)
                                        swexleresq@gmail.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 6 2016, I emailed and mailed the foregoing document to

Carl L. Sollee
Sollee Law, LLC
1376 Sheffield Drive, NE
Atlanta, GA 30329
Phone:  (404) 633-8223
Cell:  (678) 358-5348
Fax:  (678) 623-0875
carl@solleelaw.com

            */s/ Shimshon Wexler*
            Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EVE WEXLER<br><br>Plaintiff,<br><br>v.<br><br>KENNESAW PEDIATRICS, P.C.<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:16-cv-01491-TCB-JSA |

## Verification

I declare under the penalty of perjury that the interrogatory answers are true and correct to the best of my knowledge.

Dated:_____

_Eve Wexler 10/6/16_

Eve Wexler