# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EVE WEXLER, | ) |
| | ) |
| Plaintiff, | )   CASE NO. 1:16-cv-1491-TCB-JSA |
| | ) |
| v. | ) |
| | ) |
| KENNESAW PEDIATRICS, PC | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S OBJECTIONS TO THE REPORT AND RECOMMENDATION (DOC. 47)

COMES NOW EVE WEXLER, the Plaintiff in the above styled civil action, and, pursuant to "The Instructions to Parties and Counsel in Civil Cases Proceeding Before Judge Batten" found on the U.S. District Court for the Northern District of Georgia's website, files this Motion to Strike Defendant's Objections to the Report and Recommendation.

## INTRODUCTION

On May 2, 2017 Judge Anand issued his Report and Recommendation. After receiving an extension of time to file objections, on May 31, 2017, Defendant filed its objections to the Report and Recommendation. [Doc. No. 47]. The objections consisted of 96 pages along with 5 new declarations. Judge Batten's Individual Judge Instructions "The Instructions to Parties and Counsel in Civil Cases Proceeding Before Judge Batten" found on the U.S. District Court for the Northern District of Georgia's website on pages 18-19 states:

"**Objections to Reports and Recommendations**

In civil cases, objections to a magistrate judge's or special master's report and recommendation and any response to those objections shall be limited in length to twenty-five pages, absent prior permission from the Court."

Defendant did not obtain prior permission to file a 96 page objection rather than a compliant 25 page objection. The purpose of this filing is to seek certain relief relating to Defendant's non-compliant objections.

**ARGUMENT AND CITATIONS TO AUTHORITY**

Judge Batten's rules require litigants to obtain prior permission before filing an objection in excess of twenty-five pages. Defendant disregarded that rule by filing a 96 page objection prior to obtaining leave of court. As such, Plaintiff seeks the following relief to remedy that rules violation. In particular, Plaintiff seeks the following court action:

1. An order striking the non-compliant brief and attached exhibits [Doc. Nos. 47 and 47-1 through 47-8];

2. An order requiring Defendant to file a condensed brief in conformity with Judge Batten's Rules within five (5) days of the entry of any such Order;

3. An order specifying that Plaintiff's response to Defendant's condensed, Compliant objections is due thirty (30) days after service of same.

Plaintiff believes the foregoing represents a fair resolution to a situation unilaterally created by Defendant's disregard of Judge Batten's individual rules.

Respectfully submitted this 1st day of June 2017,

       By: /s/ Shimshon Wexler
         GA Bar No 436163
         The Law Offices of Shimshon Wexler, PC
         315 W Ponce de Leon Ave Suite 250
         Decautr, GA 30030

(212) 760-2400
(917) 512-6132 (FAX)
shimshonwexler@yahoo.com

### CERTIFICATE OF COMPLIANCE

I hereby certify that 14 point Times New Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.4.

*/s/ Shimshon Wexler*
Shimshon Wexler, Esq.
Georgia Bar No. 436163

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2017, I served Plaintiff's motion for class certification by filing it through the CM/ECF system, which will send notification to all counsel of record in this action.

*/s/ Shimshon Wexler*
Shimshon Wexler, Esq.
Georgia Bar No. 436163