UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EVE WEXLER,            ) | |
|     Plaintiff            ) | |
| v            ) | **Civil Action No.** |
|            ) | **1:16-cv-1491-TCB-JSA** |
| KENNESAW PEDIATRICS, PC,            ) | |
|     Defendant            ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel for all parties hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a), and all other applicable law, the above-styled action including all claims and counterclaims raised or which could have been raised herein, are hereby dismissed with prejudice, each party to bear his or her own costs.

Respectfully submitted this November 15, 2017.

s/Walter J. Kruger III  
Walter J. Kruger III  
Georgia Bar No. 429926  
*wkruger@laborlawyers.com*  
Fisher & Phillips LLP  
1075 Peachtree Street NE, Suite 3500  
Atlanta, Georgia  30309  
404-240-4233, fax 404-240-4249  

s/Tiana S. Mykkeltvedt  
Tiana S. Mykkeltvedt  
Georgia Bar No.533512  
*mykkeltvedt@bmelaw.com*  
Jane D. Vincent  
Georgia Bar No. 380850  
*vincent @bmelaw.com*  
Bondurant Mixson & Elmore LLP  
3900 One Atlantic Center  
1201 W. Peachtree Street NW  
Atlanta GA 30309  
404-881-4100

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EVE WEXLER,  )<br>  Plaintiff  )<br>v  )<br>  )<br>KENNESAW PEDIATRICS, PC,  )<br>  Defendant  ) | Civil Action No.<br>1:16-cv-1491-TCB-JSA |

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, the foregoing Stipulation of Dismissal with Prejudice was filed by ecf, resulting in service through the Court by email upon counsel of record:

Shimshon Wexler *shimshonwexler@yahoo.com*
Carl Sollee *carl@solleelaw.com*
Tiana Mykkeltvedt *mykkeltvedt@bmelaw.com*
Danny Vincent *Vincent@bmelaw.com*

_____
Walter J. Kruger III, Esq.
Georgia Bar No. 429926
*wkruger@laborlawyers.com*